UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

VINCENT R. COATES,

        Plaintiff,                             Case No. 2:13-cv-206
                                                  HON. R. ALLAN EDGAR

v.

ASTER BERHANE, et. al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has before it Magistrate Judge Timothy P. Greeley's Report and Recommendation ("R&R") dated August 18, 2014, which recommended that Plaintiff's motion for injunctive relief (Docket #37) be denied. Plaintiff has not objected to the Report and Recommendation, therefore, **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation dated August 18, 2014, (Docket #83) is **APPROVED AND ADOPTED** as the Opinion of this Court.

        **SO ORDERED.**

Dated:      11/3/2014                           */s/ R. Allan Edgar*
                                                           R. Allan Edgar
                                                           United States District Judge